# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                     Plaintiff,

            v.                                    Case No. 07-CR-123

JIMMIE LEE DURANT,
                     Defendant.

---

## ORDER DENYING MOTION TO WITHDRAW COUNSEL

---

On April 2, 2008, Jimmie Lee Durant filed a motion to dismiss his retained counsel. The court forwarded the motion to his attorney and instructed counsel to confer with Mr. Durant. Subsequently, Attorney Marquis notified the court in writing that he had done so on April 7, and that any issues between counsel and client were resolved. A copy of Attorney Marquis' letter was also sent to Mr. Durant.

Based on the representation of counsel in his letter, and having heard no further objection from the defendant, **IT IS HEREBY ORDERED** that the defendant's motion for withdrawal of counsel is **denied**, without prejudice.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>21st</u> day of April, 2008.

                              BY THE COURT:

                              <u>s/AARON E. GOODSTEIN</u>
                              United States Magistrate Judge